UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-10372-SPG-ADS | Date | May 1, 2026 |
| Title | Lombardo Palacios et al. v. City of Los Angeles et al. | | |

| Present: The Honorable | SHERILYN PEACE GARNETT |
|---|---|
| | UNITED STATES DISTRICT JUDGE |

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE RE CONSOLIDATION**

On April 22, 2026, the parties filed a Joint Rule 26(f) Report. *See* (ECF No. 30 ("Rule 26(f) Report")). The parties represent that the case "involves two separately filed civil lawsuits stemming from wrongful conviction claims," where Plaintiff Lombardo Palacios and another individual, Charlotte Pleytez, were "co-defendants in an underlying criminal conviction who were wrongfully committed of a murder." (*Id.* at 3). The case in which Charlotte Pleyez is the plaintiff is *Pleytez v. City of Los Angeles*, Case No. 2:25-cv-10378-SPG-ADS (C.D. Cal. filed Oct. 28, 2025) (the "*Pleytez* Action"), and names the same defendants as this instant action. The parties represent that they "anticipate moving to consolidate the cases for the purposes of discovery. At the conclusion of discovery, the parties may also move to consolidate the cases for the purposes of trial." (*Id.* at 10). The parties in the *Pleytez* Action make the same representation in their Rule 26(f) Report. *See Pleytez v. City of Los Angeles*, Case No. 2:25-cv-10378-SPG-ADS, ECF No. 32 (C.D. Cal. filed Apr. 22, 2026).

Based on the representations of the parties and the Court's review of the record, the two cases appear to involve common questions of law and fact. *See* Fed. R. Civ. P. 42(a). Although the Court has authority to consolidate the cases on its own motion, *see In re Adams Apple, Inc.*, 829 F.2d 1484, 1487 (9th Cir. 1987), the Court is providing the parties an opportunity to state whether consolidation is appropriate at this juncture.

Accordingly, the Court hereby ORDERS the parties to show cause whether the case should be consolidated at this stage of the case.

1.     The parties shall file within fourteen (14) calendar days from the date of entry of this Order, a joint brief no more than five (5) pages, addressing whether consolidation is proper. After consideration of the joint brief, the Court will notify the parties of its consideration ruling.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-10372-SPG-ADS | Date | May 1, 2026 |
|---|---|---|---|
| Title | Lombardo Palacios et al. v. City of Los Angeles et al. | | |

2.   The Scheduling Conference scheduled for May 6, 2026, is vacated and taken off calendar. A scheduling order will issue following the Court's ruling.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer   pg